UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
25-CR-20365-BECERRA/TORRES
CASE NO.

IN RE: SEALED INDICTMENT
_____/

FILED BY ___BM___ D.C.
Aug 21, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

The United States of America hereby moves that the Indictment, arrest warrants, this Motion, and any resulting Order be SEALED until the arrest of the first defendant or until further order of this court, excepting the United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, arrest warrants or other sealed documents for purposes of arrest, extradition, or other necessary cause. As grounds therefore, the United States asserts that the defendants may flee, and the integrity of an ongoing investigation and of evidence might be compromised, should knowledge of this indictment become public before any of the defendants are arrested.

The undersigned Assistant United States Attorney will provide further information in camera at the request of this court.

Date: Aug. 21, 2025

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _Frank H. Tamen_
Frank H. Tamen
Assistant United States Attorney
Florida Bar No. 261289
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9022 Office
Email: Frank.Tamen@usdoj.gov