UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20365-BECERRA/TORRES

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1956(h)
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

JOSE MARIA REY SANDOVAL,
  a/k/a "Junior," and
JOSE JESUS REY VERDUGO,
  a/k/a "Junior,"
  a/k/a "Junior Rey,"

        Defendants.
_____/

FILED BY ___BM___ D.C.
Aug 21, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

From at least as early as February 2023, and continuing through on or about April 12, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MARIA REY SANDOVAL,**
a/k/a "Junior," and
**JOSE JESUS REY VERDUGO,**
a/k/a "Junior,"
a/k/a "Junior Rey,"

knowingly and willfully combined, conspired, confederated, and agreed with each other and with other persons known and unknown to the Grand Jury, to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

## COUNT 2
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about April 12, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MARIA REY SANDOVAL,**
a/k/a "Junior," and
**JOSE JESUS REY VERDUGO,**
a/k/a "Junior,"
a/k/a "Junior Rey,"

knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(vi), it is further alleged that the controlled substance attributable to the defendants for this violation involved four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a Schedule II controlled substance.

## COUNT 3
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

Beginning in or around February 2021, the exact date being unknown to the Grand Jury, and continuing through on or about April 12, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MARIA REY SANDOVAL,**
a/k/a "Junior," and
**JOSE JESUS REY VERDUGO,**
a/k/a "Junior,"
a/k/a "Junior Rey,"

knowingly and voluntarily combined, conspired, confederated, and agreed with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, in violation of Title 18, United States Code, Section 1956, that is, to knowingly conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and knowing that the financial transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity was the felonious manufacture, importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections 841, 846, and 960.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of property in which either of the defendants, **JOSE MARIA REY SANDOVAL, a/k/a "Junior,"** and **JOSE JESUS REY VERDUGO, a/k/a "Junior," a/k/a "Junior Rey,"** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1) and/or 846, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Sections 853.

A TRUE BILL

_____
FOREPERSON

_____ FOR
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
FRANK H. TAMEN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: **25-CR-20365-BECERRA/TORRES**

v.

JOSE REY SANDOVAL, and
JOSE REY VERDUGO
_____/
                Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [✓] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __4__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  [✓] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [✓] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Altonaga and Scola   Case No. 23-20370-Cr-CMA and 23-20369-Cr-RNS
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _/s/ Frank H. Tamen_____
FRANK H. TAMEN
Assistant United States Attorney
FL Bar No.          261289

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Jose Jesus Rey Verdugo

**Case No**: 

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** at least 5 years to life
* **Max. Fine:** $10,000,000

Count #: 2

Distribution of a Controlled Substance

Title 21, United States Code, Section, 21 United States Code 841(a)(1)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** at least 5 years to life
* **Max. Fine:** $ 10,000,000

Count #: 3

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

* **Max. Term of Imprisonment:** 20 years imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 or twice the amount laundered

\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: Jose Maria Rey Sandoval

**Case No**: _____

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** at least 5 years to life
* **Max. Fine:** $10,000,000

Count #: 2

Distribution of a Controlled Substance

Title 21, United States Code, Section, 21 United States Code 841(a)(1)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** at least 5 years to life
* **Max. Fine:** $10,000,000

Count #: 3

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

* **Max. Term of Imprisonment:** 20 years imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 or twice the amount laundered

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.